RECEIVED
IN ALEXANDRIA, LA
APR 21 2011
TONY R. MOORE
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARK K. CANNON (#08622-035)     DOCKET NO. 11-CV-93; SEC. P

VERSUS     JUDGE DEE D. DRELL

MARINA MEDINA, WARDEN     MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED** and **DISMISSED** for failing to state a claim for which relief can be granted. In so ruling, we note that petitioner attempts to make out a thirty year imprisonment by tacking on his five years of supervised release. This is improper. He was only sentenced to three hundred months of federal imprisonment.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 20th day of April, 2011.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**